UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES JONES #339912** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-2023** |
| **MRS. WARDEN SHIRLEY COODY, ET AL.** | **SECTION "J"(1)** |

<u>ORDER</u>

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by James Jones is hereby **TRANSFERRED** to the United States District Court for the Middle District of Louisiana.

New Orleans, Louisiana, this __10th__ day of May, 2006.

UNITED STATES DISTRICT JUDGE